IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LICCIARDI,

    Petitioner,        No. CIV-S-05-2072 MCE KJM P

  vs.

STATE OF CALIFORNIA, et al.,

    Respondents.      ORDER

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He has paid the filing fee.

        The court's records reveal that petitioner previously has filed an application for a writ of habeas corpus attacking the 1995 San Joaquin County conviction and sentence challenged in this case. The previous application was filed on February 25, 2002 and was decided on the merits on March 20, 2003. Licciardi v. State of California, Civ. No. S-02-148 LKK PAN P; Accordingly, this petition is successive and must be authorized by the Court of Appeals. 28 U.S.C. § 2244(b)(3); Rule 9, Rules Governing Section 2254 Cases. See also Henderson v. Lampert, 396 F.3d 1049, 1053 (9th Cir.), cert. denied sub nom. Henderson v. Hill, ___ U.S. ___, 2005 WL 1671574 (2005); Reyes v. Vaughn, 276 F.Supp.2d 1027, 1029 (C.D. Cal. 2003). Petitioner has not demonstrated he has received such authorization.

1

1       Accordingly, IT IS HEREBY ORDERED that this case be transferred to the Court
2 of Appeals for the Ninth Circuit.
3 DATED: January 25, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

licc2072.sp